Daniel S. Szalkiewicz, Esq. (DS2323)
VERIDIAN LEGAL P.C.
23 WEST 73RD STREET
SUITE 102
NEW YORK, NEW YORK 10023
*Attorneys for the Plaintiffs*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| D.F., P.F., individually, and as parents of H.F., and H.F., a minor,<br><br>Plaintiff,<br><br>v.<br><br>AROOSH PATEL, BHAWAR PATEL, and MITTAL PATEL<br><br>Defendant. | **MOTION FOR LEAVE TO APPEAR ANONYMOUSLY**<br><br>Case Action No. 25-cv-18932 |

PLEASE TAKE NOTICE that Plaintiffs, by and through their undersigned counsel, Veridian Legal P.C., upon the accompanying Memorandum of Law, the Certification of D.F. and P.F. and the exhibits annexed thereto, Plaintiffs will move the Court for an Order granting Plaintiffs D.F. and P.F. permission to proceed under a pseudonym and directing all parties to refer to Plaintiffs D.F. and P.F. as "D.F." and "P.F." or "Plaintiffs" in all filings.

Dated:        New York, New York
              December 23, 2025

Veridian Legal P.C.
By:    */s/ Daniel S. Szalkiewicz*
Daniel S. Szalkiewicz, Esq.
*Attorneys for Plaintiffs*
23 West 73rd Street, Suite 102
New York, NY 10023
Tel: (212) 706-1007