Daniel S.  Szalkiewicz, Esq.
VERIDIAN LEGAL P.C.
23 West 73rd Street, Suite 102
New York, New York 10023
Attorneys for the Plaintiffs

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| D.F., P.F., individually, and as parents of H.F., and H.F., a minor,<br><br>                     Plaintiffs,<br><br>   -against-<br><br>AROOSH PATEL, BHAWAR PATEL, and MITTAL PATEL,<br><br>                    Defendants. | Case No. 25-cv-18932 |

**<u>DECLARATION OF D.F.</u>**

I, D.F., being of full age, hereby declare:

1.      I am one of the plaintiffs in the above-captioned case.  I submit this Declaration in support of my request to proceed under the pseudonym "D.F."

2.      I am married to another plaintiff in this action, "P.F." and we share three young children, among them plaintiff H.F.

3.      I make this request in a desperate attempt to preserve what remaining privacy our minor son, H.F. has left after defendant AROOSH PATEL ("Aroosh")

1

posed as a young girl, induced H.F. to send him intimate images, and then threatened to disseminate the content to H.F.'s class if H.F. did not continue to send additional content.

4.      The hell Aroosh put our son through is unimaginable, and it pains me to think that H.F. endured Aroosh's abuse for so long before finally confiding in his sister and then us about what happened to him.

5.      P.F. and I have done everything we can to maintain normalcy for our kids, however, the experience will always define our children's high school years and has forever changed how we operate as a family.

6.      While the recipients of H.F.'s intimate content, Aroosh and his family, and limited members of law enforcement are obviously aware of H.F.'s identity and what Aroosh did to him, our family has attempted to keep this circle as small as possible.

7.      Many of our closest friends as well as members of our family are not aware of what happened to H.F.  This is not by accident.

8.      Though none of this was H.F.'s fault, H.F. still carries a sense of shame and embarrassment about what happened and avoids talking about it as much as possible.  He has mentioned to both P.F. and me that he often feels people are looking at him a certain way because they have seen the intimate content or have heard about what happened.  H.F. hates that these facts follow him and are

sometimes the first thing that people learn about him or the first thing that come to mind when people think of him.

9.    H.F. takes special offense to being treated differently than he was treated prior to crossing paths with Aroosh.

10.    Telling friends and family about this would only cause others to change their view of H.F. – not intentionally, perhaps, and not in a way that places him in a negative light, but with a sense of pity or sadness for what he had gone through.

11.    This is not what H.F. wants for himself and certainly not what we want for him as his parents.

12.    While we are grateful that, as a minor, H.F.'s true name will not appear in the caption or on the docket, we also understand that, as a minor, H.F. requires a guardian or representative to sue on his behalf, accordingly, one or both of his parents must be in the caption with him.

13.    H.F., P.F., and I all share the same relatively uncommon last name.

14.    A search of my first and last name in Google with no other information about me produces my LinkedIn account first.  The second result contains information about where I live, including my address and the co-owner of our home, my wife, P.F. as well as our past three addresses.  A picture of me at a local New Jersey school is the first image.

15.    From there, it's very simple to find information about P.F. and various images of H.F. and our other children which have made their way online for one reason or another over the years.

16.    While H.F.'s true identity would be obvious if just my name were to appear besides his, including P.F.'s name – which is also quite unusual in the United States – would leave zero room for doubt.

17.    Our reason for being in the caption goes beyond the fact that H.F. needs a guardian to pursue this lawsuit, however, as both P.F. and I have also been personally and negatively impacted by Defendants.

18.    As indicated in the Complaint, I have missed meetings and taken off from work to assist my family in navigating this crisis.

19.    I have experienced enormous stress, anxiety, and uncertainty in the months immediately following H.F.'s victimization, losing twenty pounds in the span of just six weeks.

20.    I have also spent unquantifiable hours consoling H.F., mediating spats between our children relating to what happened and how our family has handled it, and comforting and planning with P.F. about how we can come out of this mess with our family intact.

21.    Every choice we make for H.F. or help H.F. make for himself is now colored by what Aroosh did to him.  It is unfair but it is the truth.

22.    These are not problems I ever anticipated having and, while I appreciate every minute I get to spend with my children, I wish every day that these moments together could be devoted to something positive or even banal.

23.    Overnight our family went from arguing about which board game to play on game night to whether our new rules about technology are fair.

24.    Our family dynamic will never again be the same.

25.    I know it is not our son's desire to become widely known as one of the boys who was catfished and extorted by Aroosh, but that is what would happen if our names are required to be in this caption.

26.    Because of this, if this Court does not grant P.F. and me the ability to proceed using our initials, we will likely encourage H.F. to delay bringing this lawsuit until he is older and able to seek anonymity protections for himself alone.

27.    Delaying the lawsuit would be unfortunate, as P.F. and I both believe that there will be therapeutic benefits to H.F. confronting his abuser. Unfortunately, while we had initially believed the criminal justice system would go a long way on that front, Aroosh walked away with a slap on the wrist.  In the end, the worst of his punishment included a 200 word apology note to H.F. and 1,000 words about the harms of online extortion.  While we received the apology, we never saw the 1,000 word essay.

28.     Online, we can all see that he quickly got into another nearby private school after being asked to leave H.F.'s and was subsequently admitted to Boston University.  Seeing this all unfold – especially since one of Aroosh's threats against H.F. was that the images going viral would hurt H.F.'s dream of attending an Ivy League school – has been frustrating as it seems like Aroosh has been wholly unaffected by what he did while our family continues to deal with it.

29.     It's hard to believe Aroosh could possibly understand what he has done to H.F. and our family.

30.     Tying my name to this filing would effectively "out" our son as being "H.F."  As H.F. and I are linked and will only become more linked as he lives his life, it will mean this lawsuit and the fact that his naked body was distributed around his high school, will follow him around for the rest of his life.

31.     That is exactly what Aroosh wanted to happen, and I will not help Aroosh do that to our son.

32.     In his apology letter to H.F., Aroosh claimed that he did this to H.F. because the same thing had been done to him.  I'm not sure if Aroosh's story is true, but the conclusion I took from it was that he knew how much pain it would cause H.F., and he did it anyway.

33.     Our attorneys have informed me that courts permit parties to proceed anonymously in situations involving highly sensitive matters and when forcing them

to use their full names would be revictimizing.  That is exactly what would happen here.

34.    I respectfully ask for this court's assistance in allowing my son to hold onto some parts of his privacy without inextricably and publicly linking him to Aroosh's heinous acts.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated:        December 23, 2025

*/s/ D.F.*

_____
D.F.