Daniel S. Szalkiewicz, Esq.
VERIDIAN LEGAL P.C.
23 West 73rd Street, Suite 102
New York, New York 10023
Attorneys for the Plaintiffs

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| D.F., P.F., individually, and as parents of H.F., and H.F., a minor,<br><br>Plaintiffs,<br><br>-against-<br><br>AROOSH PATEL, BHAWAR PATEL, and MITTAL PATEL,<br><br>Defendants. | Case No. 25-cv-18932 |

## **DECLARATION OF P.F.**

I, P.F., being of full age, hereby declare:

1. I am one of the plaintiffs in the above-captioned case. I submit this Declaration in support of my request to proceed under the pseudonym "P.F."

2. I am married to another plaintiff in this action, "D.F." and we share three young children, among them plaintiff H.F.

1

3. Like my husband, D.F., I make this request due to my overwhelming desire to protect our son from being forever defined by the bad acts of defendant AROOSH PATEL ("Aroosh") in our community and beyond.

4. As D.F. said, we both have fairly uncommon first names and all three of us share a relatively uncommon surname. Google searches for either my husband or me lead back to images of our son with minimal effort. Accordingly, with either of our names, it would not take much for anyone with internet access to determine H.F.'s true name and identity..

5. Additionally, I am also well known within our children's school community because of my involvement with a school organization.

6. The implication this would have for our son is devastating. I fear that, because of how easy it is to find H.F. through both my husband and me, that this will follow H.F. to college – a place which, in all honesty, will likely be the first time when H.F. will finally feel free from this and where he will finally have the opportunity to be known for who he is rather than what someone did to him or what he looks like naked.

7. With regard to how this has impacted H.F. and our family, I echo the sentiments offered in D.F.'s Certification. Like D.F., I have kept the facts of H.F.'s victimization to myself, so as to preserve what little privacy H.F. feels like he has.

8. It is so important to H.F. – and thus me – that people do not change how they treat him simply because of what Aroosh did.

9. This concept is a frequent point of discussion and argument at home. Importantly, I would argue that, in some instances, H.F. merely perceives himself as being treated differently at home, when arguably he is not. That's why it has been so important to keep the circle of people who know what happened close – so as to minimize even the perception of slights or disparate treatment.

10. Even though nothing feels normal anymore, we all try so hard not to disturb our new status quo. But if this lawsuit were linked to my and/or my husband's names, H.F. and his two other minor siblings might as well be named too.

11. Our community is that small, our names our that unusual, and the internet makes connecting the dots so incredibly simple.

12. While H.F. has and will always be the primary individual impacted by Aroosh's bad acts and choices relating to this lawsuit, the rest of our family has felt the aftershocks as well. The toll this has taken on my mental health defies description. I do not sleep, I find myself trapped in crying fits, and I question and overanalyze every choice we make for our children to the point where simple decisions can become crippling.

13. It is nothing compared to what H.F. has been through.

14. I will not assist Aroosh in his quest to publicly humiliate our son.

15. And if this Court will not allow D.F. and me to proceed using our initials, that is exactly what would happen.

16. As a result, if this motion is denied, I firmly believe our only option would be to recommend to H.F. that he wait until he can sue on his own and have him seek the ability to proceed using his initials alone.

17. Importantly, as our family has incurred costs and experienced significant emotional hardship as a result of Aroosh's actions, this option is not ideal and would be undertaken solely due to our desire to protect our son's identity.

18. Our attorneys have informed me that courts permit parties to proceed anonymously in situations involving highly sensitive matters and when forcing them to use their full names would be revictimizing. Even though neither my husband nor I are minors or depicted in the images, our son, the young boy who was depicted, would feel the impacts of us using our real names and it would needlessly revictimize him.

19. I respectfully ask for this court's assistance in allowing my son to hold onto some parts of his privacy without inextricably and publicly linking him to Aroosh's heinous acts.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 23, 2025

*/s/ P.F.*
_____
P.F.