# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| D.F., P.F., individually, and as parents of H.F., and H.F., a minor,<br><br>    Plaintiffs,<br><br>    v.<br><br>AROOSH PATEL, BHAWAR PATEL, and MITTAL PATEL<br><br>    Defendants. | **PROPOSED ORDER**<br><br>Case Action No. 25-cv-18932 |

    This matter having come before the Court on the motion of Plaintiffs D.F. and P.F., by their counsel, Veridian Legal P.C., for Leave to Proceed under Pseudonym; and the Court having considered the submissions of the parties and the arguments of counsel, and for good cause shown,

    **IT IS** on this _____ day of _____, 2026,

    **ORDERED** that Plaintiffs D.F. and P.F.'s Motion for Leave to Proceed under Pseudonym is **GRANTED**; and it is further

    **ORDERED** that any reference to Plaintiffs D.F. and P.F within the docket will be made as D.F. and P.F. and no identifying information shall be placed on the record; and it is further

    **ORDERED** that any documents containing references to Plaintiffs D.F. and P.F's actual name are to be redacted accordingly, with unredacted versions filed under seal if necessary pursuant to Local Civil Rule 5.3.

                                                                                                            _____