UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| D.F., P.F., individually, and as parents of H.F., and H.F., a minor,<br><br>    Plaintiffs,<br><br>v.<br><br>AROOSH PATEL, BHAWAR PATEL, and MITTAL PATEL,<br><br>    Defendants. | Case No. 25-cv-18932<br><br>**ACKNOWLEDGMENT OF SERVICE** |

## ACKNOWLEDGMENT OF SERVICE

I, Steven H. Wolff, Esq., hereby acknowledge receipt of service of the following documents in the above-captioned matter on behalf of defendants Aroosh Patel, Bhawar Patel, and Mittal Patel ("Defendants"):

1. Summons;
2. Complaint;
3. Motion for Leave to Proceed under Pseudonym;
4. Memorandum of Law in Support of Motion for Leave to Proceed under Pseudonym;
5. Proposed Order; and
6. All other documents filed with the Court in connection with the commencement of this action.

Service was received on December 30, 2025.

Based on the waiver of service, Defendants' time to answer is March 2, 2026.

Dated: Parsippany, New Jersey
       January 16, 2026

                                          Einhorn, Barbarito, Frost, Botwinick, Nunn & Musmanno, PC.

                                          By: _/s/ Steven Wolff_____
                                          Steven H. Wolff, Esq.
                                          4 Campus Drive, Suite 300
                                          PO Box 3010
                                          Parsippany, NJ 07054
                                          D: 973.627.7300
                                          swolff@einhornlawyers.com
                                          *Attorneys for Defendants*