**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| D.F., P.F., individually, and as parents of H.F., and H.F., a minor,<br><br>     Plaintiff,<br><br>          v.<br><br>AROOSH PATEL, BHAWAR PATEL, and MITTAL PATEL<br><br>     Defendant. | Case Action No. 25-cv-18932 |

**NOTICE OF MOTION FOR AN ORDER ADMITTING**
**CALI P. MADIA *PRO HAC VICE***

PLEASE TAKE NOTICE that upon the accompanying Application and Declaration of

Daniel S. Szalkiewicz, and the Declaration of Cali P Madia, the undersigned will move before

this Court for an Order pursuant to Local Civil Rule 101.1(c) admitting Cali P. Madia to appear

*pro hac vice* in the above-captioned matter on behalf of Plaintiffs D.F., H.F., and P.F.

Dated: April 27, 2026
       New York, New York

                              Respectfully submitted,

                              /s/Daniel Szalkiewicz
                       By:    Daniel S.  Szalkiewicz, Esq.  (DS2323)
                              Veridian Legal P.C.
                              23 West 73rd Street, Suite 102
                              New York, New York 10023
                              Tel: (212) 706-1007
                              daniel@veridianlegal.com

                              *Attorneys for Plaintiffs D.F., H.F., and P.F.*

1