UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| D.F., P.F., individually, and as parents of H.F., and H.F., a minor,<br><br>        Plaintiff,<br><br>    v.<br><br>AROOSH PATEL, BHAWAR PATEL, and MITTAL PATEL,<br><br>        Defendants. | Case No. 25-cv-18932<br><br>APPLICATION AND DECLARATION OF DANIEL S. SZALKIEWICZ IN SUPPORT OF THE *PRO HAC VICE* ADMISSION OF CALI P. MADIA |

DANIEL S. SZALKIEWICZ declares as follows:

1.      I am a partner at the law firm of Veridian Legal P.C., attorneys for the plaintiff in the above captioned action.  Pursuant to Local Civil Rule 101.1(c), I submit this Certification in support of Cali P. Madia, Esq.'s request to appear and participate in this matter pro hac vice.

2.      I spoke to defendants' counsel and he does not oppose our application.

3.      I am a member in good standing of the bar of the State of New Jersey and the United States District Court for the District of New Jersey, among other jurisdictions.

4.      If the Court grants the above-referenced motion for pro hac vice admission, I will continue to serve as local counsel of record in this matter, will review and sign all pleadings, briefs, and other papers filed with the Court, will be responsible for the conduct of this action and for the conduct of the attorneys

1

admitted *pro hac vice*, and will otherwise comply with all of the terms and conditions of Local Civil Rule 101.1(c).

5.    It is respectfully requested that this Court enter the order admitting Cali P. Madia Esq. *pro hac vice* in this matter.

I certify under penalty of perjury that the foregoing is true and correct. I am aware that if any of the foregoing statements are willfully false, I am subject to punishment.

Dated:    April 27, 2026

*/s/Daniel Szalkiewicz, Esq.*
Daniel S. Szalkiewicz

2