UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| D.F., P.F., individually, and as parents of H.F., and H.F., a minor,<br><br>        Plaintiff,<br><br>    v.<br><br>AROOSH PATEL, BHAWAR PATEL, and MITTAL PATEL,<br><br>        Defendants. | Case No. 25-cv-18932<br><br>CERTIFIED STATEMENT OF CALI P. MADIA IN SUPPORT OF APPLICATION FOR ADMISSION *PRO HAC VICE* |

I, CALI P. MADIA, of full age, hereby certify as follows:

1.    I submit this Certified Statement in further support of the application for my admission to the United States District Court for the District of New Jersey *pro hac vice* for purposes of this pending action before this Court.

2.    I am a partner at the law firm of Veridian Legal P.C., located at 23 West 73rd Street, Suite 102 New York, New York 10023.

3.    I am a member in good standing of the bars of New York and Florida.  Since 2017, I have engaged exclusively in the private practice of law on a full-time basis.  Prior to that, I served as counsel for the New York City Board of Elections and as Chief of Staff for a New York legislator.

4.    I was admitted to practice before the Bar of the State of New York in 2013, in the Supreme Court of the State of New York, Appellate Division, Second Department.

5.    The office maintaining the roll of this membership is: Clerk of the Supreme Court of the State of New York, Appellate Division, Second Department, 45 Monroe Pl, Brooklyn, NY 11201.

6. I was admitted to practice before the Bar of the State of Florida in 2014, 11th Judicial Circuit.

7. The office maintaining the roll of this membership is: 175 N.W. 1st Avenue Miami, Florida 33128.

8. I was admitted to practice before the United States District Court for the Southern District of New York on January 5, 2024.

9. The office maintaining the roll of this membership is: Clerk of the United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York 10007.

10. I was admitted to practice before the United States District Court for the Eastern District of New York on September 3, 2021.

11. The office maintaining the roll of this membership is: Clerk of the United States District Court for the Eastern District of New York, 225 Cadman Plaza East, Brooklyn, New York 11201.

12. I was admitted to practice before the United States District Court for the Southern District of Florida in 2024.

13. The office maintaining the roll of this membership is: Clerk of the United States District Court for the Southern District of Florida, 400 North Miami Avenue, 8th Floor North Miami, FL 33128.

14. I am a member in good standing in each of the aforementioned jurisdictions in which I am admitted to practice. No disciplinary proceedings are pending against me in any jurisdiction, and I have never been subject to attorney discipline.

15.    Pursuant to 28 U.S.C. 1746 I certify under the penalty of perjury that the foregoing is true and correct.

April 27, 2026

Cali P. Madia

3