# VERIDIAN
# LEGAL

23 West 73rd Street     T: (212) 706-1007
Suite 102     F: (646) 849-0033
New York, NY 10023     veridianlegal.com

April 28, 2026

**<u>Via ECF and Email</u>**
Hon. Magistrate Judge Cari Fais
MLK Jr. Federal Bldg. & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

**_Re:_**     **_D.F. et al v. Aroosh Patel et al_**
       **_United States District Court, District of New Jersey_**
       **_Case No.: 25-cv-18932_**

Dear Judge Fais,

We represent the plaintiffs, D.F., P.F., and H.F. in the above referenced action. This matter is scheduled for an initial conference today at 10:30 A.M. via Microsoft Teams.

Yesterday evening, I was notified by the New York City Board of Elections that two of my matters would be scheduled for hearings on the Clerk's report beginning at 10:00 A.M. today. My petitions are numbers 6 and 7 on a 28-case objections calendar.

I will make every effort to appear for the 10:30 A.M. conference. However, I respectfully request that my partner, Cali Madia, be permitted to appear on my behalf if I am engaged in those proceedings so that the conference may proceed without delay. Ms. Madia's _pro hac vice_ motion was submitted this morning on consent of defendants' counsel, and she is fully familiar with the facts and status of this case.

I thank the court in advance for its consideration.

Respectfully submitted,

_Daniel S. Szalkiewicz, Esq._

By: Daniel S. Szalkiewicz, Esq.
**_daniel@veridianlegal.com_**

Veridian Legal P.C.