**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| D.F., P.F., individually, and as parents of H.F., and H.F., a minor,<br><br>        Plaintiffs,<br><br>    v.<br><br>AROOSH PATEL, BHAWAR PATEL, and MITTAL PATEL<br><br>        Defendants. | Case No. 25-cv-18932<br><br>**ORDER** |

**THIS MATTER** having come before the Court on the motion of Plaintiffs D.F. and P.F., by their counsel, Veridian Legal P.C., for Leave to Proceed under Pseudonym; and there being no opposition thereto; and the Court having considered Plaintiffs' submissions and the arguments of counsel; and for good cause shown,

**IT IS**, on this 28th day of April, 2026,

**ORDERED** that Plaintiffs D.F. and P.F.'s Motion for Leave to Proceed under Pseudonym is **GRANTED**; and it is further

**ORDERED** that any reference to Plaintiffs D.F. and P.F within the docket will be made as D.F. and P.F. and no identifying information shall be placed on the record; and it is further

**ORDERED** that any documents containing references to Plaintiffs D.F. and P.F's actual name are to be redacted accordingly, with unredacted versions filed under seal if necessary pursuant to Local Civil Rule 5.3.

                                              /s/ Cari Fais
                                          HON. CARI FAIS, U.S.M.J.