VERIDIAN
LEGAL

23 West 73rd Street
Suite 102
New York, NY 10023

T: (212) 706-1007
F: (646) 849-0033
veridianlegal.com

November 17, 2026

**Via ECF and Email**
Hon. Magistrate Judge Cari Fais
MLK Jr. Federal Bldg. & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

***Re: D.F. et al v. Aroosh Patel et al***
***United States District Court, District of New Jersey***
***Case No.: 25-cv-18932***

Dear Judge Fais,

We represent the plaintiffs, D.F., P.F., and H.F.in the above referenced action. Please allow this letter to serve as an update to our efforts to work with the Newark Division of the Federal Bureau of Investigation ("FBI") toward a discovery protocol for the alleged child sex abuse material ("CSAM") in this case. Unfortunately, on November 16, 2026, our office was informed that the FBI is not willing to serve in this capacity as they were not involved in the underlying prosecution. Associate Division Counsel has suggested we work with the law enforcement agency that investigated the underlying criminal action.

Our office intends to connect with the Sussex County Police Department this week and remains committed to finding a solution to the discovery issue as quickly as possible.

Respectfully submitted,

*/s/ Daniel S. Szalkiewicz*

By: Daniel S. Szalkiewicz
***daniel@veridianlegal.com***